RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Joy_Chen@fd.org

Attorney for Juan Cardenas

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-cr-00414-APG-CWH |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Second Request) |
| JUAN CARDENAS, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jean Ripley, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Juan Cardenas, that the Revocation Hearing currently scheduled on January 15, 2025 be vacated and continued to a date and time convenient to the Court but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. The parties require additional time for negotiations to determine whether this matter will be resolved by a joint recommendation or through a contested hearing.

2. Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his options.

3. Defense counsel requires additional time to review discovery, conduct investigation, and counsel the defendant on his options.

4. The defendant is in custody and does not oppose the continuance.

5. The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 13th day of January 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
|    */s/ Joy Chen*<br>By_____<br>JOY CHEN<br>Assistant Federal Public Defender |    */s/ Jean Ripley*<br>By_____<br>JEAN RIPLEY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUAN CARDENAS,<br><br>　　　　　Defendant. | Case No. 2:11-cr-00414-APG-CWH<br><br>**ORDER** |

　　　Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the revocation hearing currently scheduled for Wednesday, January 15, 2025 at 1:30 p.m., be vacated and continued to March 13, 2025 at the hour of 9:30 a.m. in Courtroom 6C.

　　　DATED this 13th day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE